IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| RANDY EDWARD GOODRUM, § | |
| # 1065104 § | |
| § | |
| v. § | CIVIL ACTION NO. G-04-729 |
| § | |
| § | |
| NATHANIEL QUARTERMAN, § | |
| DIRECTOR OF TDCJ-CID § | |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on August 2, 2006. Petitioner has filed his Objections to the Report and Recommendation in a timely manner. Respondent filed no objections.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation is correct and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is **ORDERED** that Petitioner's "Motion/Request for Reconsideration of the Denial of His Second Motion for Evidentiary Hearing" (Instrument No. 26) is **DENIED**. It is further **ORDERED** that the Respondent's Motion for Summary Judgment (Instrument No. 15) is **GRANTED** and the Petition for a Writ of Habeas Corpus of Randy Edward Goodrum (Instrument No. 1) is **DISMISSED**.

**DONE** at Galveston, Texas this 31st day of August, 2006.

Samuel B. Kent
United States District Judge